Sean D. Schwerdtfeger, Esq. (SBN 179521)
Catherine L. Coughlin, Esq. (SBN 295812)
Sara K. Richards, Esq. (SBN 317603)
SCHWERDTFEGER LAW GROUP, APC
501 West Broadway, Suite 2040
San Diego, CA 92101
Telephone: (619) 595-3403
Facsimile: (619) 595-3404

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CERTIFICATE OF SERVICE

| | |
|---|---|
| CASE NAME: | *Peter Albers v. Yarbrough World Solutions, LLC, et al.* |
| CASE NO: | 5:19-CV-05896 |
| District Judge: | Hon. Edward J. Davila    Ctrm: 4, 5th Floor |

I, the undersigned, declare that I am over the age of 18 and not a party to this action. My business address is located at 501 W Broadway, Suite 2040, San Diego, CA 92101.

I declare that on December 23, 2019, I served the following document(s) **-STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE;** via the United States District Court, Northern District of California's CMECF website on the parties listed herein:

///

///

///

///

| | |
|---|---|
| Jon Webster<br>Dustin Burton<br>JON WEBSTER LAW GROUP, APC<br>1985 Bonifacio Street, Suite 102<br>Concord, CA 94520-2264<br>Tel:  (925) 609-7600<br>Fax:  (925) 671-7800<br>*Attorneys for Defendants*<br>*YARBROUGH WORLD SOLUTIONS,*<br>*LLC and DALLY E. YARBROUGH* | |

Dated: December 23, 2019

Respectfully Submitted,

By: _____
Shannon L. Roche

2
**CERTIFICATE OF SERVICE**